UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RUBEN CHAVIRA,<br><br>               Petitioner,<br><br>     v.<br><br>DAVE DAVEY,<br><br>             Respondent. | CASE NO.CV 16-00822- ODW (RAO)<br><br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and this action is dismissed with prejudice.

DATED:  September 27, 2016

_____

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE