UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL RUBEN CHAVIRA,

               Petitioner,

     v.

DAVE DAVEY,

               Respondent.

CASE NO. CV 16-00822 ODW (RAO)

JUDGMENT

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  September 27, 2016

_____

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE